# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Melvin Frazier, Jr., | Case No. 2:22-cv-00276-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| Al Pacino, | |
| Defendant. | |

After Plaintiff filed initiating documents with an incomplete application to proceed *in forma pauperis*, the Court gave Plaintiff until May 12, 2022 to submit a complete application or pay the filing fee. (ECF No. 3). That deadline has passed, and Plaintiff has not submitted a complete application. Additionally, Plaintiff's mail has been returned as undeliverable. Under Local Rule IA 3-1, Plaintiff is required to immediately file with the court written notification of any change of mailing address. It appears that Plaintiff's inmate number is incorrect on the docket because, on his returned mail, the number is crossed out and corrected. It is unclear if this discrepancy has caused Plaintiff's mail not to be delivered.

**IT IS THEREFORE ORDERED** that Plaintiff must file a complete application to proceed *in forma pauperis* or pay the filing fee on or before **July 5, 2022**. If Plaintiff does not file a complete application or pay the full $402 filing fee—which includes the $350 filing fee and the $52 administrative fee—on or before July 5, 2022, the Court will recommend dismissal of this case.

**IT IS FURTHER ORDERED** that Plaintiff must file written notification of any change in mailing address on or before **July 5, 2022.** If Plaintiff does not update his address before this date or inform the Court that it has the correct address, the Court will recommend dismissal of

this case.  The Clerk of Court is kindly directed to change Plaintiff's inmate number—currently #5995098—to the correct number—#5995048—on the docket.

DATED: June 3, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE